UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY as subrogee of Jeffrey Nock<br>One West Nationwide Boulevard<br>Columbus, OH 43215 | : : : : : | CASE NO.:<br><br>COMPLAINT |
| Plaintiff, | : : | |
| v. | : : | |
| UNITED STATES DEPARTMENT OF THE AIR FORCE<br>1690 Air Force Pentagon<br>Washington, D.C. 20330<br><br>and | : : : : : : : : | |
| MATTHEW JOSEPH FOLEY, an officer of<br>816 Herman Road<br>Horsham, PA 19044 | : : : : : | |
| Defendants. | : : : | |

Plaintiff Nationwide Property & Casualty Insurance Company as subrogee of Jeffrey Nock, by and through its counsel, Law Office of Donna M. DiPietro, hereby demands judgment against Defendants United States Department of the Air Force and Matthew Joseph Foley, and in support thereof avers as follows:

## **INTRODUCTION**

1.      This case arises from a motor vehicle accident on June 20, 2018 on West Liberty Street at the intersection of North Queen Street in Lancaster, Pennsylvania. Naima Winder was a permissive user of Jeffrey Nock's 2017 Ford Explorer XLT and proceeding east on West Liberty Street. At the same time, Defendant Matthew Joseph Foley was operating a Ford F350, owned by the United States Department of the Air Force, north on North Queen Street. Defendant Matthew

Joseph Foley, who was under deployment and within the scope of his employment, ran a red light and struck Jeffrey Nock's vehicle on the passenger's side.

## PARTIES

2.      Plaintiff Nationwide Property & Casualty Insurance Company ("Nationwide") is an Ohio Corporation with a principal place of business at One West Nationwide Boulevard, Columbus, Ohio.  At all times relevant, Nationwide was authorized to issue policies of insurance in the Commonwealth of Pennsylvania.

3.      At all times relevant, Nationwide provided insurance coverage to Jeffrey Nock ("Nock") for his 2017 Ford Explorer XLT.

4.      Defendant United States Department of the Air Force ("USAF") is a governmental agency within the United States Department of Defense that includes all elements and units of the United States Air Force.  USAF is located at 1690 Air Force Pentagon, Washington, D.C. 20330 and conducts official operations in the Eastern District of Pennsylvania

5.      Defendant Matthew Joseph Foley ("Foley") is an officer of the USAF.  Defendant Foley resides at 816 Herman Road, Horsham, PA 19044. With respect to all of Defendant Foley's actions as alleged in this Complaint, Defendant Foley acted in his official capacity and therefore acted under color of law as an officer of the USAF.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction of this action pursuant to 28 U.S.C. §1346.

7.      Venue is proper pursuant to 28 U.S.C. §1391(e).  Defendant Foley resides within the Eastern District of Pennsylvania, and this accident happened in Lancaster County, Pennsylvania, which is in the Eastern District of Pennsylvania.

## FACTUAL ALLEGATIONS

8.      On or about June 20, 2018, at about 8:40 p.m., a motor vehicle accident occurred at the intersection of West Liberty Street and North Queen Street in Lancaster, Pennsylvania.

9.      Naima N. Winder, a permissive user, was operating Jeffrey Nock's vehicle east on West Liberty Street approaching the intersection of North Queen Street.

10.     At the same time, a 2008 Ford F350 truck owned by Defendant USAF and driven by Defendant Foley was traveling north on North Queen Street.

11.     As Ms. Winder traveled through the intersection on a steady green light, suddenly, and without warning, Defendant Foley disregarded the red light on North Queen Street and traveled straight through the intersection, causing him to strike and damage the Nock vehicle.

12.     As a direct and proximate result of the negligence of Defendant Foley, Jeffrey Nock's vehicle sustained damages and related expenses in the amount of $7,900.80, plus costs. Pursuant to the terms of conditions of the applicable policy, Nationwide is subrogated to the rights of its insured to the extent of payments made and now seeks recovery from Defendant Foley for the amount paid to its insured.  A true and correct copy of damages and related expenses is attached to the Complaint as Exhibit "A."

## COUNT I
## NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY A/S/O JEFFREY NOCK V. MATTHEW JOSEPH FOLEY
## NEGLIGENCE

13.     Plaintiff incorporates by reference the allegations set forth in the foregoing paragraphs as though same were fully set forth at length herein.

14.     Defendant Foley, under the scope of his employment with the USAF, owed a duty of care to drive in a reasonable manner and obey traffic signals.

15.     Defendant Foley was negligent and careless through the following actions and omissions:

      a.     failing to obey traffic signals;

      b.     failing to keep a lookout for other vehicles on the roadway;

      c.     moving into the path of another vehicle;

      d.     failing to exercise due care;

      e.     failing to stop within the assured clear distance;

      f.     failing to yield to Jeffrey Nock who had the right of way;

      g.     failing to follow applicable Pennsylvania Regulations for the operation of a motor vehicle; and

      h.     striking the Nock vehicle.

WHEREFORE, Plaintiff Nationwide Property & Casualty Insurance Company demands judgment against Defendants United States Department of the Air Force and Matthew Joseph Foley in the amount of $7,900.80, plus interest, costs any other such relief as the Court deems appropriate.

## COUNT II
### NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY A/S/O JEFFREY NOCK V. UNITED STATES DEPARMENT OF THE AIR FORCE
### NEGLIGENT ENTRUSTMENT

16.     Plaintiff incorporates by reference the allegations set forth in the foregoing paragraphs as though same were fully set forth at length herein.

17.     The negligence and carelessness of Defendant USAF consisted of the following:

      a.     entrusting a vehicle to a driver it knows or should have known was unqualified or incapable of operating its vehicle trailer in a safe manner;

      b.     allowing its agent to operate the vehicle; and,

      c.     being otherwise careless or negligent in the management and maintenance

of the vehicle.

WHEREFORE, Plaintiff Nationwide Property & Casualty Insurance Company demands judgment against Defendants United States Department of the Air Force and Matthew Joseph Foley in the amount of $7,900.80, plus interest, costs any other such relief as the Court deems appropriate.

### COUNT III:
### NATIONWIDE PROPERTY & CASUALTY INSURANC.E COMPANY A/S/O JEFFREY NOCK V. UNITED STATES DEPARTMENT OF THE AIR FORCE NEGLIGENCE DUE TO RESPONDEAT SUPERIOR

18.     Plaintiff incorporates by reference the allegations set forth in the foregoing paragraphs as though same were fully set forth at length herein.

19.     At all times relevant, Defendant Foley was under the scope of his employment with the USAF, was under deployment with the USAF, and was operating a USAF vehicle.

20.     Defendant USAF is responsible for the negligent and careless acts of Defendant Foley under the theories of agency, vicarious liability and respondeat superior.

WHEREFORE, Plaintiff Nationwide Property & Casualty Insurance Company demands judgment against Defendants United States Department of the Air Force and Matthew Joseph Foley in the amount of $7,900.80, plus interest, costs any other such relief as the Court deems appropriate.

Date:   12/13/19

Respectfully submitted,

John P. Encarnacion, Esquire
LAW OFFICE OF DONNA M. DIPIETRO
1601 Market Street, Suite 1040
Philadelphia, PA 19103
(215) 762-9432
(215) 789-7655 (fax)
john.encarnacion@nationwide.com

Attorney for Plaintiff, Nationwide Property & Casualty Insurance Company

Exhibit A

# FAULKNER COLLISION CENTER OF LANCASTER

To Be Sure
1350 Loop Road, LANCASTER, PA 17601
Phone: (717) 293-7800
FAX: (717) 299-3151

Workfile ID: e6d86305
Federal ID: 474585778

## Supplement of Record 3 with Summary

**Customer: NOCK, JEFFERY O**                                    **Job Number:**

Written By: Fran Donovan, 267826, 7/30/2018 7:52:21 PM
Adjuster: NECZ, OYSAR, (877) 777-2022 Business

| | | | | | |
|---|---|---|---|---|---|
| Insured: | NOCK, JEFFERY O | Policy #: | 5837E 848952 | Claim #: | 420141-GH-2 |
| Type of Loss: | COLL - Collision | Date of Loss: | 6/20/2018 8:55 PM | Days to Repair: | 0 |
| Point of Impact: | 05 Right Rear | | | | |

**Owner:**

NOCK, JEFFERY O

710 SALIX CT
WILLOW STREET, PA 17584-9676
(717) 475-6876 Cell
(717) 475-6876 Evening

**Inspection Location:**

FAULKNER COLLISION CENTER OF
LANCASTER
1350 Loop Road
LANCASTER, PA 17601
Repair Facility
(717) 293-7800 Business

**Insurance Company:**

NATIONWIDE PROPERTY AND CASUALTY
COMPANY
HARRISBURG - 37
1000 NATIONWIDE DR
MERCHAJ@NATIONWIDE.COM
HARRISBURG, PA 17110
(610) 310-7095 Business

## VEHICLE

2017 FORD Explorer XLT 4WD 4D UTV 6-3.5L Gasoline Sequential MPI BLACK

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VIN: | 1FM5K8D84HGE08966 | Interior Color: | BLACK | Mileage In: | 111,972 | Vehicle Out: | 7/19/2018 |
| License: | KNJ6701 | Exterior Color: | BLACK | Mileage Out: | | | |
| State: | PA | Production Date: | 10/2017 | Condition: | | Job #: | |

**TRANSMISSION**
Automatic Transmission
4 Wheel Drive
**POWER**
Power Steering
Power Brakes
Power Windows
Power Locks
Power Mirrors
Heated Mirrors
Power Driver Seat
Power Passenger Seat
**DECOR**
Dual Mirrors
Privacy Glass

**CONVENIENCE**
Air Conditioning
Intermittent Wipers
Tilt Wheel
Cruise Control
Rear Defogger
Keyless Entry
Alarm
Message Center
Steering Wheel Touch Controls
Rear Window Wiper
Telescopic Wheel
Climate Control
Dual Air Condition
Backup Camera w/Parking Sensors

FM Radio
Stereo
Search/Seek
CD Player
Auxiliary Audio Connection
Satellite Radio
**SAFETY**
Drivers Side Air Bag
Passenger Air Bag
Anti-Lock Brakes (4)
4 Wheel Disc Brakes
Traction Control
Stability Control
Front Side Impact Air Bags
Head/Curtain Air Bags

**ROOF**
Luggage/Roof Rack
**SEATS**
Cloth Seats
Bucket Seats
Reclining/Lounge Seats
3rd Row Seat
Retractable Seats
**WHEELS**
Aluminum/Alloy Wheels
**PAINT**
Clear Coat Paint
**OTHER**
Fog Lamps
Rear Spoiler

## Supplement of Record 3 with Summary

**Customer: NOCK, JEFFERY O**

**Job Number:**

2017 FORD Explorer XLT 4WD 4D UTV 6-3.5L Gasoline Sequential MPI BLACK

| | | | |
|---|---|---|---|
| Console/Storage | **RADIO** | Hands Free Device | Signal Integrated Mirrors |
| Overhead Console | AM Radio | Xenon Headlamps | California Emissions |

## Supplement of Record 3 with Summary

**Customer: NOCK, JEFFERY O**                                                    **Job Number:**

2017 FORD Explorer XLT 4WD 4D UTV 6-3.5L Gasoline Sequential MPI BLACK

| Line | | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|------|-------------|-------------|-----|------------------|-------|-------|
| 1 | | **WHEELS** | | | | | | | |
| 2 | * | S03 | Repl | RT/Rear Wheel, alloy 10 spoke-type 2 | FB5Z1007A | 1 | 664.48  m | 0.1 | |
| | | | | Note: LKQ WHEEL NOT CORRECT. RECON WHEEL NOT AVAILABLE FROM WHEEL COLLISION OR KEYSTONE - PER DOUG 717-266-6043 | | | | | |
| 3 | | **ROOF** | | | | | | | |
| 4 | | S02 | R&I | RT Roof rail | | | | 0.3 | |
| 5 | | **REAR DOOR** | | | | | | | |
| 6 | * | | Repl | LKQ RT Door assy +25% | FB5Z7824630A | 1 | 1,187.50 | 5.6 | 3.5 |
| | | | | Note: PART LOCATED AT CHUCK'S, S/W JEFF, 888-230-9545, QTE #1549126 | | | | | |
| 7 | | | | Add for Clear Coat | | | | | 1.4 |
| 8 | # | | | TEARDOWN USED DOOR | | 1 | | 1.5 | |
| 9 | | S02 | R&I | RT W'strip on body | | | | 0.3 | |
| 10 | | | R&I | RT Door w'strip | | | | Incl. | |
| 11 | | | R&I | RT Front w'strip | | | | Incl. | |
| 12 | | | R&I | RT Belt w'strip | | | | Incl. | |
| 13 | | S02 | Repl | RT Applique | BB5Z78255A34AA | 1 | 51.55 | Incl. | |
| | | | | Note: ATTACHED WITH ADHESIVE CANNOT REUSE | | | | | |
| 14 | | | R&I | RT Door glass FORD green tint | | | | Incl. | |
| 15 | | | R&I | RT Run channel green tint glass from 02/03/2016 | | | | Incl. | |
| 16 | | | R&I | RT Handle, outside black | | | | Incl. | |
| 17 | * | | R&I | RT Latch | | | | Incl. | |
| 18 | | | R&I | RT Door check | | | | Incl. | |
| 19 | | | R&I | RT R&I trim panel | | | | Incl. | |
| 20 | | S02 | Repl | RT Lower molding chrome insert | FB5Z7825556BA | 1 | 186.82 | 0.4 | |
| | | | | Note: HAS DAMAGE IN TEXTURE, CANNOT REPAIR | | | | | |
| 21 | | **QUARTER PANEL** | | | | | | | |
| 22 | * | S02 | Rpr | RT Quarter panel | | | | 8.0 | 2.6 |
| | | | | Note: MULTIPLE AREAS OF DAMAGE | | | | | |
| 23 | | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 24 | | | | Add for Clear Coat | | | | | 0.4 |
| 25 | | S02 | | Add for Lock Pillar | | | | | 0.6 |
| 26 | # | S01 | | REFINISH DEDUCTION | | 1 | | | -0.3 |
| 27 | | | R&I | RT Splash shield | | | | 0.3 | |
| 28 | | | Repl | RT Wheel opng mldg | FB5Z7829164AA | 1 | 96.25 | 0.4 | |
| 29 | * | S02 | R&I | RT Qtr trim panel | | | | 0.3 | |
| 30 | | **REAR SUSPENSION** | | | | | | | |
| 31 | | S02 | | O/H rr susp rt | | | m | 3.9 M | |
| 32 | * | S03 | Repl | RT Hub | BB5Z1104A | 1 | 91.05  m | Incl. M | |
| 33 | | | Repl | RT Trailing arm | BB5Z5500A | 1 | 93.36  m | Incl. M | |
| 34 | | | Repl | RT Upper cntrl arm | DE9Z5500A | 1 | 184.05  m | 0.8 M | |
| | | | | Note: LESSER COST PART IN RPS FROM NAPA IS FOR THE BUSHING ONLY | | | | | |

## Supplement of Record 3 with Summary

**Customer: NOCK, JEFFERY O**                                                    **Job Number:**

2017 FORD Explorer XLT 4WD 4D UTV 6-3.5L Gasoline Sequential MPI BLACK

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | * | S02 | Repl | RT Mount bushing | CB5Z5A638A | 1 | 48.80 | | 0.5 | M |
| 36 | * | S03 | Repl | RT Shock 3.5 liter NON TURBO | FB5Z18125B | 1 | 68.09 | m | Incl. | |
| 37 | # | S03 | Repl | RT REAR PLASTIC COATED STEEL BRAKE LINE | | 1 | 158.02 | | | |
| 38 | # | S03 | Subl | INSTALL REAR BRAKE/FUEL AT SERVICE +25% | | 1 | 1,006.64 | | | |
| | | | | Note: PART HAS INTEGRATED FUEL LINE, EVAP LINE, AND REQUIRES SPECIAL TOOLS | | | | | | |
| 39 | ** | S02 | Repl | A/M RT Brake hose | BB5Z2282A | 1 | 19.58 | m | 0.5 | M |
| 40 | | S02 | | Bleed brake system | | | | m | 0.5 | M |
| 41 | * | S02 | R&I | RT Stabilizer link - PARTIAL | | | | m | Incl. | |
| 42 | | S02 | Repl | RT ABS sensor w/o auto park | DA8Z2C190B | 1 | 29.98 | m | Incl. | |
| 43 | | **REAR LAMPS** | | | | | | | | | |
| 44 | | | R&I | RT Tail lamp assy level 1 | | | | | 0.3 | |
| 45 | | **REAR BUMPER** | | | | | | | | | |
| 46 | * | | R&I | R&I bumper cover - PARTIAL | | | | | 0.6 | |
| 47 | # | S03 | Subl | REPLACE RT REAR WHEEL AND TPMS VALVE STEM | | 1 | 38.71 | | | |
| | | | | Note: MOUNT AND BAL TIRE, REPLACE TPMS VALVE STEM, WHEEL WEIGHTS, PA TIRE TAX, AND TIRE DISPOSAL FEE ARE INCLUDED | | | | | | |
| 48 | # | | | CORROSION PROTECTION | | 1 | 10.00 | T | | |
| 49 | # | | | CAR COVER | | 1 | 15.00 | T | | |
| 50 | # | | | FOUR WHEEL ALIGNMENT | | 1 | 84.95 | T | | M |
| 51 | # | | | HAZARDOUS WASTE REMOVAL | | 1 | 3.50 | T | | |
| 52 | # | S03 | Subl | Pre-Scan asTech | | 1 | 119.95 | | | |
| 53 | # | S03 | Subl | Post-Scan asTech | | 1 | 50.00 | | | |
| 54 | # | S03 | | Scan Labor Pre-Scan | | 1 | | | 0.5 | M |
| 55 | # | S03 | | Scan Labor Post-Scan | | 1 | | | 0.5 | M |
| 56 | | | | OTHER CHARGES | | | | | | |
| 57 | # | S02 | | Towing | | 1 | 50.00 | | | |
| | | | | **SUBTOTALS** | | | **4,258.28** | | **25.3** | **7.8** |

## NOTES

Prior Damage Notes:
STONE CHIPS FRONT END, CURB SCRATCHS RF WHEEL, AND NORMAL WEAR AND TEAR

**Supplement of Record 3 with Summary**

**Customer: NOCK, JEFFERY O**                                                    **Job Number:**

2017 FORD Explorer XLT 4WD 4D UTV 6-3.5L Gasoline Sequential MPI BLACK

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 4,094.83 |
| Parts Discount | $ 1,514.43 | | -10.0 % | -151.44 |
| Body Labor | 18.1 hrs | @ | $ 52.00 /hr | 941.20 |
| Paint Labor | 7.8 hrs | @ | $ 52.00 /hr | 405.60 |
| Mechanical Labor | 7.2 hrs | @ | $ 56.00 /hr | 403.20 |
| Paint Supplies | 7.8 hrs | @ | $ 33.00 /hr | 257.40 |
| Miscellaneous | | | | 113.45 |
| Other Charges | | | | 50.00 |
| Subtotal | | | | 6,114.24 |
| Sales Tax | $ 6,064.24 | @ | 6.0000 % | 363.85 |
| **Grand Total** | | | | **6,478.09** |
| Deductible | | | | 150.00 |
| **CUSTOMER PAY** | | | | **150.00** |
| **INSURANCE PAY** | | | | **6,328.09** |

## Supplement of Record 3 with Summary

**Customer: NOCK, JEFFERY O**                                                                    **Job Number:**

2017 FORD Explorer XLT 4WD 4D UTV 6-3.5L Gasoline Sequential MPI BLACK

## SUPPLEMENT SUMMARY

| Line | | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|---|-------------|-------------|-----|------------------|-------|-------|
| **Changed Items** | | | | | | | | | |
| 31 | | | Repl | RT Hub | BB5Z1104A | 1 | -185.98 m | Incl. M | |
| 32 | * | S03 | Repl | RT Hub | BB5Z1104A | 1 | 91.05 m | Incl. M | |
| 35 | | S02 | Repl | RT Shock 3.5 liter NON TURBO | FB5Z18125B | 1 | -66.95 m | Incl. | |
| 36 | * | S03 | Repl | RT Shock 3.5 liter NON TURBO | FB5Z18125B | 1 | 68.09 m | Incl. | |
| 36 | # | S02 | Repl | RT REAR PLASTIC COATED STEEL BRAKE LINE | | 1 | -158.80 | | |
| 37 | # | S03 | Repl | RT REAR PLASTIC COATED STEEL BRAKE LINE | | 1 | 158.02 | | |
| 37 | # | S02 | Subl | INSTALL REAR BRAKE/FUEL AT SERVICE | | 1 | | | |
| | | | | NOTE: PART HAS INTEGRATED FUEL LINE, EVAP LINE, AND REQUIRES SPECIAL TOOLS | | | | | |
| 38 | # | S03 | Subl | INSTALL REAR BRAKE/FUEL AT SERVICE +25% | | 1 | 1,006.64 | | |
| | | | | NOTE: PART HAS INTEGRATED FUEL LINE, EVAP LINE, AND REQUIRES SPECIAL TOOLS | | | | | |
| **Deleted Items** | | | | | | | | | |
| 1 | | **WHEELS** | | | | | | | |
| 2 | ** | | Repl | RECOND RT/Rear Wheel, alloy 20" | FB5Z1007A | 1 | -289.00 m | -0.3 M | |
| | | | | NOTE: LKQ WHEELS LISTED IN RPS WERE NOT FOR CORRECT OPTION | | | | | |
| 50 | # | | | WHEEL BALANCE & WEIGHTS | | 1 | -18.00 T | M | |
| **Added Items** | | | | | | | | | |
| 1 | | **WHEELS** | | | | | | | |
| 2 | * | S03 | Repl | RT/Rear Wheel, alloy 10 spoke-type 2 | FB5Z1007A | 1 | 664.48 m | 0.1 | |
| | | | | NOTE: LKQ WHEEL NOT CORRECT. RECON WHEEL NOT AVAILABLE FROM WHEEL COLLISION OR KEYSTONE - PER DOUG 717-266-6043 | | | | | |
| 47 | # | S03 | Subl | REPLACE RT REAR WHEEL AND TPMS VALVE STEM | | 1 | 38.71 | | |
| | | | | NOTE: MOUNT AND BAL TIRE, REPLACE TPMS VALVE STEM, WHEEL WEIGHTS, PA TIRE TAX, AND TIRE DISPOSAL FEE ARE INCLUDED | | | | | |
| 52 | # | S03 | Subl | Pre-Scan asTech | | 1 | 119.95 | | |
| 53 | # | S03 | Subl | Post-Scan asTech | | 1 | 50.00 | | |
| 54 | # | S03 | | Scan Labor Pre-Scan | | 1 | | 0.5 M | |
| 55 | # | S03 | | Scan Labor Post-Scan | | 1 | | 0.5 M | |
| | | | | **SUBTOTALS** | | | **1,478.21** | **0.8** | **0.0** |

**Supplement of Record 3 with Summary**

**Customer: NOCK, JEFFERY O**                                              **Job Number:**

2017 FORD Explorer XLT 4WD 4D UTV 6-3.5L Gasoline Sequential MPI BLACK

## TOTALS SUMMARY

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 1,496.21 |
| Parts Discount | $ 570.69 | | -10.0 % | -57.07 |
| Body Labor | 0.1 hrs | @ | $ 52.00 /hr | 5.20 |
| Mechanical Labor | 0.7 hrs | @ | $ 56.00 /hr | 39.20 |
| Miscellaneous | | | | -18.00 |
| Subtotal | | | | 1,465.54 |
| Sales Tax | $ 1,465.54 | @ | 6.0000 % | 87.93 |
| **Total Supplement Amount** | | | | **1,553.47** |
| **NET COST OF SUPPLEMENT** | | | | **1,553.47** |

## CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | |
|---|---|---|
| Estimate | 4,033.76 | Fran Donovan |
| Supplement S01 | -54.06 | Fran Donovan |
| Supplement S02 | 944.92 | Fran Donovan |
| Supplement S03 | 1,553.47 | Fran Donovan |
| **Job Total:** | $ 6,478.09 | |
| **CUSTOMER PAY:** | $ 150.00 | |
| **INSURANCE PAY:** | $ 6,328.09 | |

The limit of your coverage is the actual cash value of your auto or its damaged parts at the time of loss. Fair market value, age and condition of your damaged vehicle will be considered when determining the actual cash value of a loss. Certain parts lose value or depreciate because of age, condition, and/or wear and tear.  Betterment is the increase in value of a vehicle or any of its parts as a result of replacing certain parts damaged in a loss.  If the replacement of certain parts results in an increase in value to your vehicle or any of its parts, a deduction for betterment may be made to your loss payment to reflect the actual cash value you are owed under your policy.

CAPA=Certified Automotive Parts Association
NSF=NSF International Certified Part

This is an estimate only and not an authorization to repair. Additional payment will be  made only with the approval prior to repair.

Adjuster Signature _____

Date _____

Nationwide will replace any defective like kind and quality (used), reconditioned, recyclable and any quality replacement aftermarket (non-OEM) parts as specified on the appraisal for as long as you own or lease the vehicle.

**Supplement of Record 3 with Summary**

**Customer: NOCK, JEFFERY O**                                                                                 **Job Number:**

2017 FORD Explorer XLT 4WD 4D UTV 6-3.5L Gasoline Sequential MPI BLACK

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND CIVIL PENALTIES.

THE FOLLOWING IS A LIST OF ABBREVIATIONS OR SYMBOLS THAT MAY BE USED TO DESCRIBE WORK TO BE DONE OR PARTS TO BE REPAIRED OR REPLACED:D=DISCONTINUED PART A=APPROXIMATE PRICE B=BODY LABOR D=DIAGNOSTIC E=ELECTRICAL F=FRAME G=GLASS M=MECHANICAL P=PAINT LABOR S=STRUCTURAL T=TAXED MISCELLANEOUS X=NON TAXED MISCELLANEOUS ADJ=ADJACENT ALGN=ALIGN  A/M=AFTERMARKET BLND=BLEND CAPA=CERTIFIED AUTOMOTIVE PARTS ASSOCIATION  D&R=DISCONNECT AND RECONNECT EST=ESTIMATE EXT. PRICE=UNIT PRICE MULTIPLIED BY THE QUANTITY INCL=INCLUDED MISC=MISCELLANEOUS NON-ADJ=NON ADJACENT O/H=OVERHAUL OP=OPERATION NO=LINE NUMBER QTY=QUANTITY RECOND=RECONDITION REFN=REFINISH REPL=REPLACE R&I=REMOVE AND INSTALL R&R=REMOVE AND REPLACE RPR=REPAIR RT=RIGHT SECT=SECTION SUBL=SUBLET LT=LEFT W/O=WITHOUT W/_=WITH/_ #=MANUAL LINE ENTRY *=OTHER [IE..MOTORS DATABASE INFORMATION WAS CHANGED]. **=DATABASE LINE WITH AFTERMARKET N=NOTES ATTACHED TO LINE NAGS=NATIONAL AUTO GLASS SPECIFICATIONS. OPT OEM=ORIGINAL EQUIPMENT MANUFACTURER PARTS EITHER OPTIONALLY SOURCED OR OTHERWISE PROVIDED WITH SOME UNIQUE PRICING OR DISCOUNT.

THE ATTACHED ESTIMATE REPRESENTS AN APPRAISAL OF THE COST OF REPAIR FOR THE VISIBLE DAMAGE TO THE VEHICLE NOTED AT THE TIME OF INSPECTION NECESSARY TO RETURN THE VEHICLE TO ITS PREDAMAGED CONDITION.  COSTS ABOVE THE APPRAISED AMOUNT MAY BE THE RESPONSIBILITY OF THE VEHICLE OWNER. THERE IS NO REQUIREMENT THAT THE VEHICLE OWNER USE ANY SPECIFIED REPAIR SHOP. INFORMATION REGARDING REPAIR FACILITIES WHICH WILL BE ABLE TO REPAIR THE VEHICLE FOR THE APPRAISED AMOUNT IS AVAILABLE FROM THE INSURANCE COMPANY. IF USED PARTS ARE SPECIFIED, THEY ARE REQUIRED TO BE OF LIKE KIND AND QUALITY TO THOSE BEING REPLACED. INCIDENTAL CHARGES SUCH AS TOWING, PROTECTIVE CARE, CUSTODY, STORAGE, DEPRECIATION, BATTERY AND TIRE REPLACEMENT ARE NOTED WHEN APPLICABLE.

AFTERMARKET CRASH PART - A NONORIGINAL EQUIPMENT MANUFACTURER (NON-OEM) REPLACEMENT PART, EITHER NEW OR USED, FOR ANY OF THE NONMECHANICAL PARTS THAT GENERALLY CONSTITUTE THE EXTERIOR OF THE MOTOR VEHICLE, INCLUDING INNER AND OUTER PANELS. THIS APPRAISAL WILL INDICATE IF AFTERMARKET CRASH PARTS ARE SPECIFIED.  IF THE USE OF SUCH PARTS VOIDS THE WARRANTY ON THE PART BEING REPLACED OR ON ANY OTHER PART, THE AFTER MARKET CRASH PART SHALL HAVE A WARRANTY EQUAL TO OR BETTER THAN THE REMAINDER OF THE EXISTING WARRANTY.

This estimate has been prepared based on the use of automobile parts not made by the original manufacturer.  Parts specified on the appraisal by other than the original manufacturer are required to be at least equal in like, kind, and quality in terms of fit, quality and performance to the original manufacturer parts they are replacing.

**Supplement of Record 3 with Summary**

**Customer: NOCK, JEFFERY O**                                                                 **Job Number:**

2017 FORD Explorer XLT 4WD 4D UTV 6-3.5L Gasoline Sequential MPI BLACK

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide DR2MF16, CCC Data Date 7/17/2018, and potentially other third party sources of data; and (b) the parts presented are OEM-parts manufactured by the vehicles Original Equipment Manufacturer. OEM parts are available at OE/Vehicle dealerships. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships. OPT OEM or ALT OEM parts may reflect some specific, special, or unique pricing or discount. OPT OEM or ALT OEM parts may include "Blemished" parts provided by OEM's through OEM vehicle dealerships. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may be modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2019 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.

**Supplement of Record 3 with Summary**

**Customer: NOCK, JEFFERY O**                                              **Job Number:**

2017 FORD Explorer XLT 4WD 4D UTV 6-3.5L Gasoline Sequential MPI BLACK

## PARTS SUPPLIER LIST

| Line | Supplier | Description | Price |
|------|----------|-------------|-------|
| 39 | NAPA | #UP 683137 | $ 19.58 |
|  | 2999 CIRCLE 75 PARKWAY | A/M RT Brake hose |  |
|  | ATLANTA GA 30339 |  |  |
|  | (800) 538-6272 |  |  |
|  | (999) 999-9999 |  |  |



**ARMS** NATIONWIDE

| | |
|---|---|
| Rental Company: | ENTERPRISE RENT-A-CAR |
| Invoice: | D795134-5711 |
| Alternate Invoice Number: | 2NSBG5 |

**Bill To:** NAT77CO
NATIONWIDE CLAIMCENTER (GUIDEWIRE CLAIMS ONLY)
ATTN: HBG NECZ ESCALATIONS
1000 Nationwide Dr
Harrisburg, PA 17110

**RENTER INFORMATION:**
Renter: NOCK, JEFFERY

**RENTAL INFORMATION:**
**Rental Branch Location:**
ENTERPRISE RENT-A-CAR (5711)
2010 COLUMBIA AVE
LANCASTER, PA 176034331
(717) 290-1111

**ADDITIONAL CLAIM INFORMATION:**
Claim Number :420141-GH
Claim Type: Insured
Vehicle Condition: Non-Driveable
Date Of Loss: 6/20/18
Insured Name: JEFFERY O NOCK
Owner's Vehicle: 2017 FORD EXPLO
Additional Driver:

**Repair Facility:**
FAULKNER COLLISION - LANCASTER
LANCASTER, PA 17607
(717) 293-7800

**RENTAL DETAIL:**

Rental Period: 6/21/18 to 7/20/18 (30 days)
Billed Period: 6/21/18 to 7/20/18 (30 days)

| Products and Services | Rate | Amount |
|---|---|---|
| 30 TIME & DISTANCE | 23.75 | $712.50 |
| 1 REFUELING CHARGE | 0.00 | $0.00 |
| 30 YOUNG RENTER FEE | 0.00 | $0.00 |
| **Taxes and Surcharges** | | |
| 30 PTA FEE | 2.00 | $60.00 |
| 1 VEHICLE RENTAL TAX | 2.00% | $14.25 |
| 1 PA TAX | 6.00% | $42.75 |
| | Total Charges: | $829.50 |
| | Less Amount Received: | $0.00 |
| | Total Amount Due: | $829.50 |

**VEHICLES RENTED:**

| Effective Date and Time | Year | Make | Model | VIN | Starting Mileage | Ending Mileage | Mileage | Rate Charged |
|---|---|---|---|---|---|---|---|---|
| 6/21/18 2:17 PM | 2018 | FORD | FOCU | 1FADP3K2XJL207613 | 16549 | 16800 | 251 | $23.75 |

# Rental Invoice

---

Please Return This Portion with Remittance

**Make Payment To:**
**ENTERPRISE RENT-A-CAR**
P.O. BOX 840086
KANSAS CITY, MO 64184-0086
Federal ID: 43-0724835

| | |
|---|---|
| Total Charges: | $829.50 |
| Less Amount Received: | $0.00 |
| Total Amount Due.................. | $829.50 |

Please include on your check:
Invoice: D795134-5711



## Cross Country Automotive Services VIMS INVOICE

Bill To:

Claim Number 420141-GH
PO 448188006
Account Nationwide
Invoice Date 6/27/2018
Payment Terms Net 7
Balance Due $593.21

## Billing Summary

| Service | PolicyHolder | Service Date | Advance Charges | Tow and Service Charge | Total |
|---------|--------------|--------------|-----------------|------------------------|-------|
| VRM | JEFFERY O NOCK | 6/21/2018 | $485.21 | $108.00 | $593.21 |

Total Charges                                                          $593.21

## Advance Charge Details

| | |
|---|---|
| Days of Storage | 2 Days |
| Storage Cost / Day | $50.00 |
| Storage Fees | $100.00 |
| Primary Tow | $325.00 |
| Clean-Up | $0.00 |
| Labor | $0.00 |
| Winching | $0.00 |
| Impound Fees | $0.00 |
| Notification | $0.00 |
| Preservation | $0.00 |
| Sublet | $0.00 |
| Tax | $0.00 |
| Tear Down | $0.00 |
| Miscellaneous | $10.21 |
| Gate Fee | $0.00 |
| Admin Fee | $50.00 |

5: 19-CV-5868

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM)*

### I. (a) PLAINTIFFS
Nationwide Property & Casualty Ins Co a/s/o Jeffrey Nock

### DEFENDANTS
United States Dept of the Air Force, Matthew Joseph Foley

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U S PLAINTIFF CASES)*

County of Residence of First Listed Defendant Washington, D C
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Law Office of Donna M DiPietro, 1601 Market Street, Suite 1040
Philadelphia, PA 19103
Atty John P Encarnacion
215-732-9432

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U S Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☒ 2  U S Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | Injury | ☐ 380 Other Personal Property Damage | Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | Exchange |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U S Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS –Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | Sentence | | | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | | ☐ 530 General | | | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

### VI. CAUSE OF ACTION
Cite the U S Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)* Motor Vehicle Safety Title 49, U S Code Chapter 301

Brief description of cause: Defendant ran a red light and caused an accident at West Liberty and North Queen Streets in Lancaster, PA. Plaintiffs insured's vehicle was damaged

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F R Cv P

**DEMAND $** 7900 80

CHECK YES only if demanded in complaint
JURY DEMAND:   ☐ Yes   ☒ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE 12/13/2019

SIGNATURE OF ATTORNEY OF RECORD

DEC 13 2019

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**

**19    5868**

*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: One West Nationwide Blvd, Columbus, OH 43215

Address of Defendant: 1690 Air Force Pentagon, Washington, DC 20330

Place of Accident, Incident or Transaction West Liberty & North Queen Sts, Lancaster, PA

---

**RELATED CASE, IF ANY:**

Case Number: ___    Judge: ___    Date Terminated: ___

Civil cases are deemed related when *Yes* is answered to any of the following questions

| | | | |
|---|---|---|---|
| 1 | Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? | Yes ☐ | No ☑ |
| 2 | Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? | Yes ☐ | No ☑ |
| 3 | Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? | Yes ☐ | No ☑ |
| 4 | Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? | Yes ☐ | No ☑ |

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE 12/13/19    Must Sign here _____    83950

*Attorney-at-Law / Pro Se Plaintiff*    *Attorney I D # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.    Federal Question Cases:**

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
  *(Please specify)* ___

**B.    Diversity Jurisdiction Cases:**

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☑ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☑ 6. Other Personal Injury *(Please specify)* property damage
- ☐ 7. Products Liability    (subrogation)
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
  *(Please specify)* ___

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

N/A

I, _____, counsel of record *or* pro se plaintiff, do hereby certify

- ☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs·
- ☐ Relief other than monetary damages is sought.

DEC 13 2019

DATE ___    Sign here if applicable ___    ___

*Attorney-at-Law / Pro Se Plaintiff*    *Attorney I D # (if applicable)*

NOTE  A trial de novo will be a trial by jury only if there has been compliance with F R C P 38

Civ 609 (5/2018)



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

|  |  |  |
|---|---|---|
| | : | CIVIL ACTION |
| v. | : | |
| | : | **19   5868** |
| | : | No. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.        ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2    (✓)

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.        ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)        ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    ( )

| | | |
|---|---|---|
| 12/13/19 | John Carr / Jr (83990) | |
| **Date** | **Pro Se Plaintiff** | |
| 215-762-9432 | | john.encarnacion@ |
| **Telephone** | **FAX Number** | **E-Mail Address** nationwide. |
| | | com |

(Civ. 660) 10/02

DEC 13 2019